1054

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN ARTHUR ENTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00792-9, Stephen M. Warning, J., entered March 2, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Quinn-Brintnall, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES HOMER CRITTENDON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-03370-3, Thomas Felnagle, J., entered March 10, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ALDEN JAY WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02410-1, Terry D. Sebring, J., entered April 25, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.

WILLIAMS COMMUNICATIONS, INC., *Respondent*, v. THOMAS A. FLOCH, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-2-01294-0, David R. Draper, J., entered May 26, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.